# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chad Huhn, | No. CV-20-02437-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Trevor Milton, et al., | |
| Defendants. | |

**IT IS ORDERED** that the parties' stipulation (Doc. 9) is **granted**.

**IT IS FURTHER ORDERED** that this action is stayed in its entirety until 30 days after the earliest of the following events: (a) *Borteanu v. Nikola Corp.*, No. 2:20-cv-01797-PHX-SPL (D. Ariz.) ("the Securities Class Action") is dismissed in its entirety with prejudice; (b) Defendants file an answer to any complaint in the Securities Class Action; or (c) Plaintiff and Defendants file a joint request to lift the stay. The parties shall promptly notify the Court if either of the first two events occurs.

**IT IS FURTHER ORDERED** that Defendants have not waived and expressly preserve all claims, arguments, and defenses.

Dated this 26th day of January, 2021.

Dominic W. Lanza
United States District Judge