**PAUL HASTINGS LLP**
Bradley J. Bondi (*pro hac vice*)
2050 M Street NW
Washington, DC 20036
(202) 551-1700
bradbondi@paulhastings.com

*Attorneys for Defendant Trevor Milton*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Chad Huhn,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Trevor Milton, et al.,<br><br>　　　　　　Defendants. | No. CV-20-02437-PHX-DWL<br><br>***EX PARTE* APPLICATION FOR WITHDRAWAL OF COUNSEL WITH CLIENT CONSENT** |

Pursuant to LRCiv 83.3(b)(1), Bradley J. Bondi of Paul Hastings LLP seeks to withdraw as counsel for Defendant Trevor R. Milton ("Mr. Milton") in this action. Mr. Milton has agreed to the withdrawal. Attached as **Exhibit A** is Mr. Milton's written approval.

Mr. Milton will continue to be represented in this matter by his long-time attorneys Chad A. Hester and Troy A. Wallin of the law firm Wallin Hester PLC. Mr. Hester and Mr. Wallin are aware of the current dates set by this Court with respect to this action.

A proposed form of order is submitted with this Application.

Respectfully submitted this 10th day of January, 2025.

PAUL HASTINGS LLP

By: /s/ Bradley J. Bondi
Bradley J. Bondi (*pro hac vice*)
2050 M Street NW
Washington, DC 20036
(202) 551-1700

*Attorneys for Defendant Trevor Milton*

# EXHIBIT A

**CONSENT TO WITHDRAWAL OF COUNSEL**

I have read the foregoing *ex parte* application for withdrawal of counsel with client consent, and approve of and join in Bradley J. Bondi's request to withdraw as the counsel of record in this matter.

Dated: 1/10/2025

Signed by:
0A8F498BEDCD4EC...

Trevor R. Milton
13808 S. Canyon Drive
Phoenix, AZ 85048

- 4 -

**PAUL HASTINGS LLP**
Bradley J. Bondi (*pro hac vice*)
2050 M Street NW
Washington, DC 20036
(202) 551-1700
bradbondi@paulhastings.com

*Attorneys for Defendant Trevor Milton*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Borteanu, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Nikola Corporation, et al.,<br><br>Defendants. | No. CV-20-01797-PHX-SPL<br>No. CV-20-01819-PHX-DIR (cons.)<br>No. CV-20-02123-PHX-JJT (cons.)<br>No. CV-20-02168-PHX-DLR (cons.)<br>No. CV-20-02237-PHX-DLR (cons.)<br>No. CV-20-02374-PHX-DWL (cons.)<br><br>**ORDER** |

Having considered Defendant Trevor R. Milton's ("Milton") *Ex Parte* Application for Withdrawal of Counsel (the "Application") and good cause shown, IT IS HEREBY ORDERED that the Application is granted. Bradley J. Bondi is relieved of any further responsibilities in connection with this action. Chad A. Hester and Troy A. Wallin shall continue as counsel of record for Milton.

Dated this ___ day of January, 2025.

_____
Steven P. Logan
United States District Judge

- 5 -